IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  CRIMINAL NO. 1:23-cr-79-MPM-DAS-1

QUISHAUN BERNARD BENNETT

### ORDER REDUCING AMOUNT NECESSARY TO SECURE BOND

Upon motion of Defendant Quishaun Bernard Bennett to reduce the amount necessary to secure bond previously set at twenty thousand dollars ($20,000.00), and there being no position taken by the Government, it is hereby ordered that the amount required to secure said bond is hereby reduced from ten percent (10%) to five percent (5%). All remaining conditions of release remain in effect.

SO ORDERED, this the 3rd, day of July, 2023.

_____
U.S. MAGISTRATE JUDGE